IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH DIAL JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0522-CG-C |
| | ) | |
| BLACKWELL TOWING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING FICTITIOUS PARTIES**

The fictitious parties set out in plaintiff's complaint are hereby **STRICKEN** because fictitious party pleading is not generally recognized under the Federal Rules of Civil Procedure.  See, e.g., Fed.R.Civ.P. 10(a); 28 U.S.C. § 1441(a); Rommell v. Automobile Racing Club of America, Inc., 964 F.2d 1090, 1098 n. 14 (11th Cir. 1992); Weeks v. Benton, 649 F.Supp. 1297, 1298 (S.D.Ala. 1986).[1]

**DONE and ORDERED** this 12th day of October, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Rule 15 of the Federal Rules of Civil Procedure governs amendment of the pleadings should the plaintiff discover additional parties against whom she wishes to assert claims.  Plaintiff is further advised that the court allows a reasonable period of time to add parties and amend the pleadings once the discovery process begins.