# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH DIAL JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 16-0522-CG-C |
| | ) |
| BLACKWELL TOWING, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 27, 2016 and November 15, 2016 are **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE