IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH DIAL JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 16-0522-CG-C |
| | ) |
| BLACKWELL TOWING, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to accept jurisdiction or, in the alternative, order the Circuit Court of Mobile County to accept jurisdiction (Doc. 6), that plaintiff's motion to remand complaint and reimburse filing fee (Doc. 9; *see also* Doc. 10 (identical motion)) are **DENIED,** and that the instant action is **DISMISSED** for lack of subject matter jurisdiction.

**DONE and ORDERED** this 1st day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE